UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

ISABEL TAVERAS, Individually, and On     :     Case No.: 1:22-cv-04438-JGK
Behalf of All Others Similarly Situated,     :
                                             :
                              Plaintiff,     :
                                             :
       vs.                                   :
                                             :     **NOTICE OF SETTLEMENT**
                                             :
BEST BUY HEALTH, INC.,                       :
                                             :
                              Defendant.     :
                                             :
                                             :
_____ x

        Plaintiff Isabel Taveras ("Plaintiff") hereby notifies the Court that the present case has

settled between Plaintiff and defendant Best Buy Health, Inc. ("Defendant") (collectively, the

"parties"), and states as follows:

        1.      A settlement agreement is in the process of being finalized between the parties.

Once the settlement agreement is fully executed, and Plaintiff has received the consideration

required, the parties will respectfully request that the case be dismissed and closed.

        2.      The parties respectfully request that the Court stay this action and adjourn all

deadlines and conferences.

DATED:  September 7, 2022              **MIZRAHI KROUB LLP**


                                           /s/ Edward Y. Kroub
                              _____
                                      EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*